IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RONNIE E. BARRON,** | 2:10-CV-01567 WBS DAD |
| Plaintiff, | **ORDER GRANTING MOTION TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| **M. MARTEL, et al.,** | |
| Defendants. | |

   Defendants have filed a motion to modify the scheduling order to allow them an additional fourteen days to file a motion for summary judgment.  Good cause having been shown, IT IS HEREBY ORDERED that:

   1. Defendants' motion to modify the scheduling order and to reset the pending deadline for filing dispositive motions (Doc. No. 45) is granted;

   2. The parties shall file any dispositive motions on or before February 21, 2014; and

/////

/////

/////

/////

3. Except as stated in this order, the court's July 23, 2013 discovery and scheduling order remains in effect.

Dated:  February 6, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
barr1567.41mod