1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONNIE E. BARRON,                           No.  2:10-cv-1567 WBS DAD P

12              Plaintiff,

13        v.                                      ORDER

14   M. MARTEL, et al.,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On July 9, 2014, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Defendants have filed

23   objections to the findings and recommendations.  Plaintiff has also filed "Objections".

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed July 9, 2014 are adopted in full;

2.  Defendants' February 21, 2014 motion for summary judgment (Docket No. 47) is denied; and

3.  This action is referred back to the assigned Magistrate Judge for further pretrial proceedings.

Dated:  August 29, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/barr1567.806

2