UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE E. BARRON,

       Plaintiff,

  vs.

M. MARTEL, et al.,

       Defendants.

No.  2:10-cv-1567 WBS DAD P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Ronnie E. Barron, inmate J-55436, a necessary and material witness in proceedings in this case on December 11, 2014, is confined in California Institution for Men, 14901 Central Avenue, P.O. Box 128, Chino, California, 91710, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by video-conferencing at California Institution for Men, December 11, 2014, at 10:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden, California Institution for Men, 14901 Central Avenue, P.O. Box 128, Chino, California, 91710:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  September 26, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mp
barr1567.841vc