UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE E. BARRON,<br><br>             Plaintiff,<br><br>    v.<br><br>M. MARTEL et al.,<br><br>             Defendants. | No.  2:10-cv-1567 WBS DAD P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The court finds that the appointment of counsel is warranted.  Andrew L. Chang, Alicia J. Donahue, and Amir M. Nassihi have been selected from the court's pro bono attorney panel to represent plaintiff, and they have agreed to the appointment.

      Accordingly, IT IS HEREBY ORDERED that:

1. Andrew L. Chang, Alicia J. Donahue, and Amir M. Nassihi are appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278 or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

/////

/////

/////

1

3. The Clerk of the Court is directed to serve a copy of this order upon Andrew L. Chang, Alicia J. Donahue, and Amir M. Nassihi, Shook Hardy & Bacon LLP, 1 Montgomery St., Suite 2700, San Francisco, CA 94104.

Dated: January 23, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/barr1567.31trial