UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RONNIE E. BARRON, | CIV. NO. 2:10-1567 WBS DAD P |
| Plaintiff, | |
| v. | ORDER |
| M. MARTEL et al., | |
| Defendants. | |

----oo0oo----

The Final Pretrial Conference in this case is set for June 8, 2015, at 2:00 p.m. in Courtroom No. 5. The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony. Fourteen days prior to the scheduled Pretrial Conference, counsel shall file separate pretrial statements. In

1

the pretrial statements, counsel shall address the following matters, under the following captions and in the following order:

(1) **Jurisdiction and Venue.** The factual and statutory basis of federal jurisdiction and venue and whether there is any dispute concerning jurisdiction or venue.

(2) **Jury / Non-Jury.** Whether the party has demanded a jury trial of all or any of the issues or, if not, whether a demand for jury trial made by any other party is conceded or contested. If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

(3) **Remaining Claims.** A list of the remaining claims as against each defendant and any remaining affirmatively pled defenses thereto.

(4) **Trial Estimate.** The estimated number of trial days.

(5) **Dispositive Motions.** A plain, concise statement that identifies every non-discovery motion that has been made to the court and its resolution.

(6) **Relief Sought.** The elements of monetary damage, if any, and the specific nature of any other relief sought.

(7) **Witnesses.** A list (names and addresses) of all prospective witnesses, whether offered in person or by deposition or interrogatory, designating those who are expert witnesses. Only witnesses so listed will be permitted to testify at the trial, except as may be otherwise provided in the pretrial order.

(8) **Exhibits - Schedules and Summaries.** A list of documents or other exhibits that the party expects to offer at

trial.  Only exhibits so listed will be permitted to be offered at trial except as may be otherwise provided in the pretrial order.

(9) **Discovery Documents**.  A list of all portions of depositions, answers to interrogatories, and responses to requests for admission that the party expects to offer at trial.

(10) **Further Discovery or Motions**.  Any requests for further discovery or pretrial motions.

(11) Stipulations.  Any stipulations requested or offered for pretrial or trial purposes.

(12) **Amendments - Dismissals**.  Any requested amendments to pleadings, dismissals, additions or substitutions of parties, or dispositions as to defaulting parties.

(13) **Settlement Negotiations**.  A statement whether settlement negotiations between parties and/or a court settlement conference would be helpful.

(14) **Attorneys' Fees**.  A statement whether attorneys' fees are sought and the time and manner in which they are to be ascertained.

(15) **Trial Exhibits**.  Any special handling of trial exhibits and a statement of advisability of court retention of exhibits pending appeal decision.

(16) **Miscellaneous**.  Any other appropriate comments, suggestions, or information that might aid in the disposition of the action, including the identification of any writs necessary to ensure the presence of plaintiff or witnesses at trial and any matters set forth in Federal Rule of Civil Procedure 16(c).

Upon filing the Pretrial Statement, counsel shall also

email an electronic copy in Word to the undersigned's courtroom deputy, Karen Kirksey Smith, at KKirkseySmith@caed.uscourts.gov.

The trial is set for August 11, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  January 27, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE