UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| RONNIE E. BARRON, | CIV. NO. 2:10-01567 WBS DAD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| M. MARTEL, et al., | |
| Defendants. | |

----oo0oo----

Plaintiff's request for additional limited discovery is referred to the assigned magistrate judge. The court will defer ruling upon plaintiff's motion to continue the final pretrial conference and trial date pending the magistrate judge's ruling on the request for additional discovery.

IT IS SO ORDERED.

Dated: May 1, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1