Alicia J. Donahue, SBN 117412
adonahue@shb.com
Amir Nassihi, SBN 235936
anassihi@shb.com
Andrew L. Chang, SBN 222309
achang@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Telephone:  415-544-1900
Facsimile:  415-391-0281

Attorneys for Plaintiff
Ronnie E. Barron

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RONNIE E. BARRON,<br><br>            Plaintiff,<br><br>     v.<br><br>M. MARTEL, *et al.*,<br><br>            Defendants. | Case No. 2:10-cv-01567-WBS-DAD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL PRETRIAL CONFERENCE, TRIAL DATE, AND SET EXPERT DEADLINES**<br><br>Trial Date:   August 11, 2015<br>Time:          9:00 a.m.<br>Courtroom: 5, 14th Floor<br>Judge:         Honorable William B. Shubb<br><br>Pretrial Conference: June 8, 2015<br>Time:                       2:00 p.m. |

The parties, by and through their attorneys of record, seek to modify the Court's January 28, 2015 Order (Dkt. 74), to continue the pretrial conference and trial dates. Trial is currently scheduled to start on August 11, 2015, and the Pretrial Conference is scheduled for June 8, 2015.

On April 30, 2015, Plaintiff filed a motion to re-open discovery and to continue the final pretrial conference and trial date for 120 days to complete discovery and prepare for trial. Dkt 75. On May 1, 2015, the Court referred Plaintiff's motion to re-open discovery to Magistrate Judge Dale A. Drozd and deferred ruling on Plaintiff's request to continue the trial date pending the magistrate judge's ruling on request for additional discovery. Dkt 76. Plaintiff's motion is currently set for hearing before Magistrate Judge Drozd on June 1, 2015.

1. The parties have further met and conferred regarding the issues raised in Plaintiff's motion and have stipulated to the issues on which this Court deferred ruling, including Plaintiff's request to continue the trial dates and set a schedule for expert disclosure and discovery.  The parties have not resolved Plaintiff's request to re-open limited discovery, which remains before Magistrate Judge Drozd.

Good cause exists to continue the final pretrial conference and trial dates, and set an expert discovery schedule, because Plaintiffs' motion to re-open discovery will not be heard until after the existing date for disclosing expert-witness information and filing pretrial reports.  As set forth in the Declaration of Andrew Chang (Dkt 75-1), the premise of Plaintiff's motion is that Plaintiff's recently appointed counsel has been unable to obtain and review all relevant and material evidence to prepare for trial despite diligent efforts to do so informally.  Plaintiff's counsel is unable to complete those efforts before the June 8, 2015 pretrial conference and the August 11, 2015 trial.  Good cause also exists because Plaintiff's counsel requires additional time to review that evidence and identify, retain, and disclose necessary experts.  The current schedule does not allow sufficient time for Plaintiff to confirm with Plaintiff's non-CDCR health-care providers whether there has been complete collection of Plaintiff's medical records much less complete expert discovery and prepare for trial.

Based on the forgoing, Plaintiff and Defendants stipulate and respectfully request the Court enter an Order as follows:

1. The parties stipulate and request that the Court continue the trial date, currently scheduled for August 11, 2015, to December 15, 2015 or thereafter, subject to the Court's availability.

2. The parties further stipulate and request that the Court continue the Pre-Trial Conference, currently scheduled for June 8, 2015, to October 13, 2015 or thereafter, subject to the Court's availability.

3. Additionally, the parties stipulate and request that the Court order that the parties' expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(D)(i) be made on or before September 29, 2015 and that expert discovery be completed on or before November 10, 2015.

IT IS SO STIPULATED.

DATED: May 8, 2015_____          Shook, Hardy & Bacon, L.L.P.


                                         By:__/s/_ Andrew L. Chang_____
                                             ANDREW L. CHANG

                                             Attorney for Plaintiff
                                             Ronnie E. Barron


DATED: May 8, 2015                       KAMALA D. HARRIS
                                         Attorney General of California
                                         CHRISTOPHER J. BECKER
                                         Supervising Deputy Attorney General


                                         _____
                                         By:_/s/_ Jon S. Allin (as authorized on May 7, 2015_____
                                             Attorneys for Defendants
                                             K. Martinez and K. Todd


IT IS SO ORDERED.  The Pre-Trial Conference, currently scheduled for June 8, 2015, is continued to August 15, 2016 at 2:00 p.m.  The trial date, currently scheduled for August 11, 2015, is continued to September 13, 2016 at 9:00 a.m.

Dated:  May 8, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE