UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE E. BARRON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. MARTEL et al.,<br><br>　　　　Defendants. | No.  2:10-cv-1567 WBS DAD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with this civil rights action seeking relief under 42 U.S.C. § 1983.  This matter came before the court on June 19, 2015, on plaintiff's motion to re-open discovery on a limited basis.  After hearing from the parties, and for the reasons stated on the record, the court granted in part and denied in part plaintiff's motion and instructed the parties to meet and confer and provide the court with a proposed schedule as to when the limited discovery could be completed, along with a proposed schedule for disclosure of experts.  The parties have submitted their proposed schedule.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The parties may conduct factual discovery up to and including February 16, 2016.  All discovery motions must be heard and orders complied with by that date.  Plaintiff's counsel may depose defendants Martinez and Todd for up to eight total hours.  Plaintiff's counsel may allocate the hours of questioning between the defendants as he sees fit.  Plaintiff's counsel may depose

1

1  plaintiff's other treating physicians for up to nine total hours.  Plaintiff's counsel may allocate the
2  hours of questioning between plaintiff's other treating physicians as he sees fit.  Except as
3  provided in the Federal Rules of Civil Procedure, defense counsel shall have no additional time
4  limits on questioning.
5       2.  The parties shall disclose any expert witnesses on or before April 15, 2016.
6       3.  The parties shall disclose any rebuttal expert witnesses on or before June 1, 2016.
7       4.  The parties shall complete expert depositions on or before July 1, 2016.
8       5.  The final pretrial conference (August 15, 2016) and trial (September 13, 2016) before
9  United States District Judge William B. Shubb remain uneffected.
10 Dated:  June 29, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
barr1567.41mod

2