Alicia J. Donahue (SBN 117412)
adonahue@shb.com
Amir Nassihi (SBN 235936)
anassihi@shb.com
Andrew L. Chang (SBN 222309)
achang@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California  94104
Telephone:  (415) 544-1900
Facsimile:  (415) 391-0281

*Attorneys for Plaintiff*
Ronnie E. Barron

KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
JON S. ALLIN, State Bar No. 155069
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-3978
  Fax: (916) 324-5205
  E-mail: Jon.Allin@doj.ca.gov
*Attorneys for Defendants*
*Todd and Martinez*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RONNIE E. BARRON,<br><br><br><br>Plaintiff,<br><br>v.<br><br>M. MARTEL, *et al.*,<br><br><br><br>Defendants. | Case No. 2:10-CV-01567-WBS-EFB (TEMP)<br><br>**STIPULATION REGARDING ADMISSIBILITY OF MEDICAL RECORDS**<br><br><br>Complaint Filed: June 22, 2010 |

328112 v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>STIPULATION REGARDING ADMISSIBILITY OF MEDICAL RECORDS</u>

WHEREAS, Plaintiff Ronnie E. Barron ("Plaintiff") and Defendants Kelly Martinez and K. Todd ("Defendants") have collected and exchanged the following bates-stamped medical records maintained by:

(1) California Department of Corrections and Rehabilitation (MR 00001 – MR 02083)

(2) Doctors Hospital of Manteca ([Barron] 001 – [Barron] 040)

(3) UC Davis Medical Center (BAR00001 – BAR01019).

WHEREAS, Plaintiff and Defendants stipulate to the authenticity of these records subject to the terms and conditions set forth below:

NOW THEREFORE, the undersigned parties hereto stipulate and agree as follows:

(1)     That Plaintiff and Defendants stipulate as to the authenticity of copies of these records.  The parties hereto waive any objection(s) to the admissibility of these records on the ground that they are not authentic;

(2)     That such records, except for any statements written by Plaintiff, constitute records of a regularly conducted activity within the meaning of Federal Rule of Evidence 803(6).  The parties hereto waive any objection(s) to the admissibility of such documents on the ground that they do not meet the requirements of Federal rule of Evidence 803(6).

(3)     That by executing this Stipulation, neither Plaintiff nor Defendants waive any other objections they may have to the admissibility of these documents, or statements contained therein.

Dated: January 20, 2016                              Respectfully submitted,


                                                                    SHOOK, HARDY & BACON L.L.P.

                                                                    */s/ Alicia J. Donahue*_____
                                                                    Alicia J. Donahue
                                                                    Amir Nassihi
                                                                    Andrew L. Chang

                                                                    Attorneys for Plaintiff
                                                                    *Ronnie E. Barron*

328112 v1

1

2

3

4

5

6

7

8

9

10

11

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Jon S. Allin*_____
JON S. ALLIN
Deputy Attorney General
*Attorneys for Defendants Todd and Martinez*

**IT IS SO ORDERED.**

Dated:  January 22, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
STIPULATION RE ADMISSIBILITY OF MEDICAL RECORDS
CASE NO. 2:10-CV-01567-WBS-EFB

328112 v1