1 | Alicia J. Donahue (SBN 117412)
adonahue@shb.com
2 | Amir Nassihi (SBN 235936)
anassihi@shb.com
3 | Andrew L. Chang (SBN 222309)
achang@shb.com
4 | SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
5 | San Francisco, California 94104
Telephone: (415) 544-1900
6 | Facsimile: (415) 391-0281

7 | *Attorneys for Plaintiff*
Ronnie E. Barron

8 |
KAMALA D. HARRIS, State Bar No. 146672
9 | Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
10 | Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
11 | Deputy Attorney General
1300 I Street, Suite 125
12 | P.O. Box 944255
Sacramento, CA 94244-2550
13 | Telephone: (916) 445-4928
Fax: (916) 324-5205
14 | E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants*
15 | *Todd and Martinez*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RONNIE E. BARRON, | Case No. 2:10-CV-01567-WBS-EFB (TEMP) |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY DEADLINES** |
| v. | |
| M. MARTEL, et al., | Complaint Filed: June 22, 2010 |
| Defendants. | |

1  Plaintiff Ronnie E. Barron ("Plaintiff") and Defendants K. Martinez and K. Todd ("Defendants"), by and through their attorneys of record, hereby stipulate to extend the deadlines set by the Court in its Scheduling Order dated June 29, 2015.  This stipulation shall not affect the pre-trial conference and trial dates.

Good cause exists because Plaintiff's counsel will be seeking to withdraw as counsel because of a fundamental disagreement on the scope, nature and direction of this case, including the next steps in prosecuting this action.  Accordingly, counsel for Plaintiff will be seeking leave to withdraw as counsel of record.  Thus, although Plaintiff and his counsel have been diligently working on efforts to prosecute this action, Plaintiff will require additional time to proceed on a pro se basis or secure counsel and engage in expert discovery so that Plaintiff may adequately prepare this case for trial, if necessary.

Based on the foregoing, the parties stipulate to the following continuances:

1. The deadline to serve expert witness disclosures shall be extended from April 14, 2016 to **May 13, 2016**.
2. The deadline to serve rebuttal expert witness disclosures shall be extended from June 1, 2016 to **June 13, 2016**.
3. The deadline to complete all expert discovery, including depositions of expert witnesses, shall be extended from July 1, 2016 to **July 29, 2016**.

Dated: April 11, 2016                                  Respectfully submitted,

                                                        SHOOK, HARDY & BACON L.L.P.

                                                         _____*/s/*_____
                                                        Alicia J. Donahue
                                                        Amir Nassihi
                                                        Andrew L. Chang

                                                        Attorneys for Plaintiff
                                                        *Ronnie E. Barron*

Kamala D. Harris
Attorney General of California
David A. Carrasco
Supervising Deputy Attorney General

*/s/*
Diana Esquivel
Deputy Attorney General
*Attorneys for Defendants Todd and Martinez*

## ORDER

WHEREAS, good cause exists for the relief requested herein, the Court hereby makes the foregoing Stipulation the Order of this Court.

**IT IS SO ORDERED.**

DATED: April 13, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE