UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE BARRON,

      Plaintiff,

vs.

M. MARTEL, et al.,

      Defendants.

No. 2:10-cv-1567-WBS-EFB (TEMP) P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Ronnie Barron, inmate #J-55436, a necessary and material witness in proceedings in this case on May 18, 2016, is confined in California Institution for Men, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Judge Edmund F. Brennan, to appear by video-conferencing at California Institution for Men, May 18, 2016, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at California Instution for Men, (909) 606-7093.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California Institution for Men 14901 Central Avenue, P.O. Box 128, Chino, California 91710:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 21, 2016.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE