UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE E. BARRON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. MARTEL, et al.,<br><br>　　　　Defendants. | No.  2:10-cv-1567-WBS-EFB P (TEMP)<br><br><br>ORDER AFTER HEARING |

This matter came before the court on May 18, 2016, on a motion to withdraw brought by plaintiff's counsel.  In accordance with Local Rule 182, and for the reasons stated on the record, plaintiff's counsel's motion is granted.

The court also addressed a motion to remove an inadvertently filed document brought by plaintiff's counsel.  For the reasons stated on the record, the motion was denied.  *See In re Seagate Technology*, 497 F.3d 1360, 1372 (Fed. Cir. 2007) ("The attorney-client privilege belongs to the client, who alone may waive it.").

Accordingly, IT IS HEREBY ORDERED that:

1.   The motion to withdraw as counsel (ECF No. 92) is granted; and

2.   The motion to remove an inadvertently filed document (ECF No. 94) is denied.

DATED:  May 23, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE