UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RONNIE E. BARRON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. MARTEL, et al.,<br><br>　　　　Defendants. | CIV. NO. 2:10-01567 WBS EFB<br><br><br>ORDER OF RECUSAL |

----oo0oo----

    The undersigned hereby recuses himself from presiding further as the judge to whom this case is assigned.

    IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Dated: May 27, 2016

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1