1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONNIE E. BARRON,                        No.  2:10-cv-1567 MCE DB P

12               Plaintiff,

13        v.                                   ORDER

14   M. MARTEL, et al.,

15               Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights

18   action under 42 U.S.C. § 1983.  Before the court are plaintiff's motions to extend the deadline for

19   expert witness disclosures and for discovery.

20                          **Relevant Background**

21        This case is proceeding on plaintiff's second amended complaint filed January 3, 2012.

22   (ECF No. 21.)  In 2013, the court issued a scheduling order setting a November 15, 2013 deadline

23   for conducting discovery.  (ECF No. 42.)  After defendants' summary judgment motion was

24   denied in 2014, counsel was appointed for plaintiff on January 26, 2015.  (ECF No. 73.)  In April

25   2015, plaintiff moved to re-open discovery.  (ECF No. 75.)  The court granted that request and

26   ordered that limited discovery was to be completed by February 16, 2016.  (ECF No. 84.)  That

27   discovery was limited to depositions of the individuals involved in plaintiff's medical care,

28   including the defendants.  In addition, the court extended the deadlines for the disclosure of

                                        1

expert witnesses to April 15, the disclosure of rebuttal witnesses to June 1, and the completion of expert discovery and depositions to July 1.

On April 13, 2016, pursuant to a stipulation of the parties, the court extended the deadlines for the disclosure of expert witnesses to May 13, the disclosure of rebuttal witnesses to June 13, and the completion of expert discovery and depositions to July 29, 2016.  (ECF No. 91.)

On April 13, 2016 plaintiff's counsel filed a motion to withdraw, which was granted on May 23, 2016.  (ECF Nos. 92, 105.)

On May 17, 2016 plaintiff, acting in pro per, filed a third amended complaint.  (ECF No. 101.)  Defendants opposed the filing of that complaint.  (ECF No. 108.)  In an accompanying order, this court strikes the third amended complaint.

On May 20, 2016, plaintiff, again acting in pro per, filed a motion for an extension of the deadlines for identifying expert witnesses.  (ECF No. 104.)  Defendants have not filed an opposition to that motion.

On May 31, 2016, plaintiff, now without counsel, filed a motion requesting the production of documents from defendants.  (ECF No. 107.)  Defendants oppose that motion.  (ECF No. 109.)

On September 23, 2016, plaintiff filed a motion entitled a motion for a "subpoena duces tecum" that appears to be a second request for the production of documents from the U.C. Davis Medical Center and from Mule Creek State Prison.

**Pending Motions**

Plaintiff states that he requires additional time to locate an expert because his appointed attorneys failed to do so.  (ECF No. 107 at 2-4.)  He states that he has sent letters to several potential experts and is waiting for their replies.  The court finds good cause for an extension of the deadlines regarding the identification and depositions of expert witnesses.

With respect to plaintiff's motions for the production of documents, plaintiff has failed to show why, at this late date, he should be permitted to conduct discovery, when the deadline for doing so was November 15, 2013.  Plaintiff has failed to show good cause to re-open discovery.  See Fed. R. Civ. P. 16(b)(4).

////

2

1    For the foregoing reasons, and good cause appearing, IT IS HEREBY ORDERED as

2  follows:

3        1.    Plaintiff's May 20, 2016 Motion for an Extension of Time (ECF No. 104) is granted.

4            a.   The deadline to serve expert witness disclosures is continued to October 30,

5                2016.

6            b.   The deadline to serve rebuttal expert witness disclosures is continued to

7                November 30, 2016.

8            c.   The deadline to complete all expert discovery, including depositions of expert

9                witnesses, is extended to December 31, 2016.

10       2.   Plaintiff's May 31, 2016 Motion for Production of Documents (ECF No. 107) is

11           denied.

12       3.   Plaintiff's September 23, 2016 Motion for Issuance of Subpoena Duces Tecum (ECF

13           No. 114) is denied.

14  Dated:  September 30, 2016

15

16

17                         DEBORAH BARNES
                          UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26  DLB:9
    DLB1/prisoner-civil rights/barr1567.so rev
27

28

                                    3