UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE E. BARRON, | No. 2:10-cv-1567 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| M. MARTEL, et al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. In an order signed September 30 and filed October 3, 2016, the court denied plaintiff's motions for production of documents and for the issuance of a subpoena duces tecum. (ECF No. 116.) Plaintiff has filed an "objection" to the denials of those motions. (ECF No. 117.) The court construes plaintiff's objections as a motion for reconsideration of the court's order.

Under Local Rule 230(j), a party may seek reconsideration of the denial of a motion by showing, among other things, "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion," and "why the facts or circumstances were not shown at the time of the prior motion." Plaintiff reiterates the arguments made previously in his May 31, 2016 motion for production of documents (ECF No. 107) and his September 23, 2016 motion for the issuance of a subpoena

1

1  duces tecum (ECF No. 114).  Because plaintiff has not shown that something new or different
2  from what he argued previously justifies reconsideration of the court's order denying his motion,
3  IT IS HEREBY ORDERED that plaintiff's "Objection" (ECF No. 117) filed here on October 17,
4  2016  is denied.

Dated:  October 20, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB9
DLB1/prisoner-civil rights/Barr1567.recon