UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RONNIE E. BARRON,                           No. 2:10-cv-1567 MCE DB P

    Plaintiff,

  v.

M. MARTEL, et al.,                          **AMENDED**
                                                      **ORDER & WRIT OF HABEAS CORPUS**
    Defendants.                          **AD TESTIFICANDUM**

Ronnie E. Barron, CDCR # J-55436, a necessary and material witness in a settlement conference in this case on March 29, 2017, is confined in California Institution for Men (CIM), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, by teleconference from CIM, to the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Wednesday, March 29, 2017 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. This shall amend the writ issued December 7, 2016.

2. Plaintiff's January 3, 2017 Motion for Reconsideration (ECF No. 127) is granted; this order resolves the issues raised by plaintiff therein.

3. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference, by teleconference from CIM, at the time and place above, until completion of the settlement conference or as ordered by the court.

4. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CIM, P.O. Box 128, Chino, California 91708:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, by teleconference from CIM, until completion of the settlement conference or as ordered by the court.
////
////
////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: March 15, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/Barr1567.841(b)