UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE E. BARRON,

      Plaintiff,

vs.

M. MARTEL, et al.,

      Defendants.

No. 2:10-cv-1567 MCE DB P

**SECOND AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Ronnie E. Barron, inmate J-55436, a necessary and material witness in a settlement conference in this case on March 29, 2017, is confined in California Institution for Men (CIM), in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, by teleconference from CIM, to the U.S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814 on Wednesday, March 29, 2017 at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. The previous Order and Writ of Habeas Corpus Ad Testificandum (ECF No. 130) is hereby vacated.

      2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference by teleconferencing before the United States District Court at the time and place above, and from day to day until completion of the settlement conference or as ordered by the court;

      3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      4. The clerk of court shall serve a courtesy copy by fax to the Litigation Coordinator at California Institution for Men at (909)-606-7093.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, CIM, P.O. Box 128, Chino, California 91708:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by teleconferencing, and from day to day until completion of the proceedings or as ordered by the court.

////
////
////
////
////
////

     **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: March 21, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/barr1567.841tc