XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-4928
 Facsimile:  (916) 324-5205
 E-mail:  Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Martinez and Todd*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RONNIE E. BARRON,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**M. MARTEL, et al.,**<br><br>　　　　　　　　　　　Defendants. | No. 2:10-cv-01567 MCE-DB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**<br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Action Filed:　June 22, 2010 |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ronnie E. Barron, pro se, and Defendants Martinez and Todd, by and through their attorneys of record, stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Stipulation for Voluntary Dismissal of Action with Prejudice; Order Thereon  (2:10-cv-01567 MCE-DB)

Each party is to bear its own costs, attorney's fees, and expenses.

IT IS SO STIPULATED.

Dated: May 1, 2017                                Respectfully submitted,

                                                  XAVIER BECERRA
                                                  Attorney General of California
                                                  CHRISTOPHER J. BECKER
                                                  Supervising Deputy Attorney General

                                                  */s/ Diana Esquivel*

                                                  DIANA ESQUIVEL
                                                  Deputy Attorney General
                                                  *Attorneys for Defendants*

Dated: May 4, 2017

                                                  */s/ Ronnie Barron*

                                                  RONNIE E. BARRON
                                                  *Plaintiff Pro Se*

## ORDER

Based on the parties' stipulation, and good cause appearing, this action is hereby dismissed with prejudice, each party is to bear its own costs, attorney's fees, and expenses.

The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: May 12, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE