UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE E. BARRON, | No. 2: 10-cv-1567 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| M. MARTEL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 29, 2017, this action settled following a settlement conference.

On August 7, 2017, plaintiff filed a letter with the court stating that he has not yet received the payment agreed to at the settlement conference. (ECF No. 138.) As plaintiff was advised at the settlement conference, it can take up to six months for the payment to be issued following a settlement conference. If plaintiff has not received a payment by the end of September 2017, i.e., six months after March 29, 2017, he shall contact defense counsel. If plaintiff is not satisfied with the response from defense counsel, he shall notify the court.

IT IS SO ORDERED.

Dated: August 10, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bar1567.ord

1