UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE E. BARRON, | No. 2:10-cv-1567 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| M. MARTEL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. In March 2017, the parties settled this action and, in May 2017, the case was dismissed. (See ECF Nos. 134, 135, 137.) On August 7, 2017, plaintiff filed a notice with the court that he had not received the payment due him under the settlement agreement. (ECF No. 138.)

Within twenty days of the filed date of this order, counsel for defendants shall file a response to plaintiff's August 7, 2017, notice.

IT IS SO ORDERED.

DATED: August 9, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/barr1567.sett pmt

1